# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT BALDWIN, ET AL.,** Plaintiffs, vs. **OCWEN LOAN SERVICING, LLC,** Defendant. | CASE NO. 18-cv-01483-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT; VACATING HEARING**<br><br>Re: Dkt. No. 14 |

On March 30, 2018, defendant filed a motion to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 14 ("Motion to Dismiss").)

On April 20, 2018, plaintiffs filed an amended complaint. (Dkt. No. 17.) In light of the filing of plaintiffs' amended complaint, defendant's Motion to Dismiss is **DENIED AS MOOT**. Accordingly, the hearing set for May 8, 2018 is **VACATED**.

This Order terminates Docket Number 14.

**IT IS SO ORDERED.**

Dated: April 23, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**