Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiffs,
VINCENT BALDWIN
ANGELA ZHU

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/14/18

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BALDWIN, an individual; and ANGELA ZHU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 4:18-cv-01483-YGR<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Plaintiffs VINCENT BALDWIN and ANGELA ZHU hereby notify the Court and all parties that they hereby dismiss this action in its entirety, without prejudice, pursuant to FRCP 41(a)(1)(A)(i).

DATED: September 12, 2018

Respectfully submitted,

SHAPERO LAW FIRM

*/s/ Sarah Shapero*
Sarah Shapero, Esq.
Attorney for Plaintiffs
VINCENT BALDWIN
ANGELA ZHU

1
NOTICE OF DISMISSAL